## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pichugin, Valentina

Printed: 10/7/08

Case Number: 04 B 15665

Judge: Squires, John H

Filed: 4/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 2, 2008

Confirmed: June 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 40,200.00 |  |
| Secured: |  | 19,524.52 |
| Unsecured: |  | 17,409.77 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,105.00 |
| Trustee Fee: |  | 2,160.71 |
| Other Funds: |  | 0.00 |
| Totals: | 40,200.00 | 40,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 1,105.00 | 1,105.00 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 19,524.52 | 19,524.52 |
| 4. | RoundUp Funding LLC | Unsecured | 3,654.16 | 5,239.30 |
| 5. | Resurgent Capital Services | Unsecured | 425.00 | 609.35 |
| 6. | ECast Settlement Corp | Unsecured | 4,319.70 | 6,193.60 |
| 7. | Resurgent Capital Services | Unsecured | 3,743.58 | 5,367.52 |
| 8. | Wells Fargo Credit Corp. | Secured |  | No Claim Filed |
| 9. | Turner Acceptance Corporation | Secured |  | No Claim Filed |
| 10. | Turner Acceptance Corporation | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,771.96 | $ 38,039.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 133.99 |
| 6.5% | 341.70 |
| 3% | 60.30 |
| 5.5% | 294.80 |
| 5% | 100.50 |
| 4.8% | 192.96 |
| 5.4% | 1,036.46 |
|  | $ 2,160.71 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pichugin, Valentina

Printed:  10/7/08

Case Number:  04 B 15665

Judge:  Squires, John H

Filed:  4/21/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

